**STATEMENT OF FACTS**

On March 26, 2025, members of the Metropolitan Police Department (MPD) were patrolling near XXXXXXXXXXXXX neighborhood of the District of Columbia. The officers observed an individual, later identified as DARNELL CHRISTIAN, crouching between cars on XXXXXXXXXXXXXXXXXXX. Officers observed CHRISTIAN placing some of a green marijuana-like substance from a large clear plastic bag and on to a digital scale.



*Figure 1: Screenshot from an officer's body worn camera. DARNELL CHRISTIAN circled in red.*

An officer wearing a tactical vest with the word "POLICE" written on the front and back approached CHRISTIAN and stated, "What's up bro?" CHRISTIAN immediately ran away from the officer, west along XXXXXXXXXXXX.

A second officer intercepted CHRISTIAN. The officer grabbed CHRISTIAN's clothing to prevent CHRISTIAN's further escape and detain him. An officer then observed a pistol within CHRISTIAN's waistband.



*Figure 2: Screenshot from an officer's body worn camera. The firearm is circled in red.*

When the officer announced a predetermined codeword for the presence of a firearm, CHRISTIAN struggled against police as he was placed into handcuffs.

The firearm recovered is a black, Glock model 45, 9mm handgun, bearing serial number BRKD296. The firearm was loaded with a 17-round extended magazine, loaded with 16 rounds. Additionally, the firearm had a round in the chamber. The firearm appeared to be fully functional. There are no firearm or ammunition manufacturers in the District of Columbia.

A criminal records check revealed that CHRISTIAN was previously convicted of Possession with Intent to Distribute a Controlled Substance (cocaine) in District of Columbia Superior Court Case number 2015 CF2 16102, which is an offense punishable by more than one year incarceration. CHRISTIAN was sentenced to 16 months suspended in connection with this conviction, and therefore would have known that he had previously been convicted of an offense punishable by a term of imprisonment of more than one year at the time of his arrest for the instant matter.

Based on the foregoing, I submit that there is probable cause to believe that DARNELL CHRISTIAN violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

_____
INVESTIGATOR AUGUSTUS THOMAS
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of March, 2025.*

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE